STEVENS v. GUZMAN

No. 97P01-2

Case below: 149 N.C. App. 974
140 N.C. App. 780
354 N.C. 214

Petition by plaintiff for writ of certiorari to review the decisions of the North Carolina Court of Appeals denied 3 October 2002. Motion by plaintiff to reconsider the Supreme Court's ruling of 5 October 2001 (354 N.C. 214) denied 3 October 2002.

STUBBS v. NICHOLAS HOLDINGS, L.P.

No. 369P02

Case below: 150 N.C. App. 718

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

TRASK v. PENDER CTY.

No. 437P02

Case below: 151 N.C. App. 602

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Petition by respondents for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 October 2002.

VITTITOE v. VITTITOE

No. 418P02

Case below: 150 N.C. App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

WARD v. LONG BEACH VOL. RESCUE SQUAD

No. 464P02

Case below: 151 N.C. App. 717

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.